IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CAROLINE FORRER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL NO. 3:08CV00836<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on September 17, 2009. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (docket entry no. 7) is DENIED.

(3) Defendant's Motion for Summary Judgment (docket entry no. 9) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this order to all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: Oct. 5, 2009

            /s/
Henry E. Hudson
United States District Judge